Case 4:23-cv-00231   Document 18   Filed on 06/17/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 17, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KENNEDY JN-MARIE** § | | |
| Plaintiff § | | |
| § | | |
| V. § | | CIVIL ACTION NO. 4:23-CV-00231 |
| § | | |
| **WAL-MART STORES TEXAS, LLC.** § | | |
| Defendant § | | |

## ORDER OF DISMISSAL

On this day, the Court considered the Joint Stipulation of Dismissal submitted by Plaintiff KENNEDY JN-MARIE and Defendant WAL-MART STORES TEXAS, LLC., and finds that the parties' request has merit and should be GRANTED.

It is therefore, ORDERED that all claims and causes of action, asserted by Plaintiff KENNEDY JN-MARIE against Defendant WAL-MART STORES TEXAS, LLC., in the above-entitled action are DISMISSED with prejudice and that costs of court be assessed against the party incurring the same.

This order is final and all relief not expressly granted is DENIED.

ENTERED this 17th day of June, 2024.



UNITED STATES DISTRICT